ACCEPTED
06-14-00198-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/2/2015 2:04:40 PM
DEBBIE AUTREY
CLERK

# NO. 06-14-00198-CR

| | | |
|---|---|---|
| **RANDY JAY HOFSTEETER** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/5/2015 2:46:00 PM
DEBBIE AUTREY
Clerk

## MOTION TO WITHDRAW AS
## COUNSEL OF RECORD

**NOW COMES** the undersigned attorney and respectfully moves that she be dismissed as the attorney of record for the Appellant in this case and would respectfully show the following: The undersigned attorney was appointed by the trial court to represent the Appellant in the appeal of this case. Upon review of the court record, the undersigned attorney was unable to find any arguable points of error or issues in this case and consequently is filing an *Anders* brief with the Court of Appeals. The undersigned attorney is this day – via first-class U.S. mail, postage prepaid – giving notice of the filing of such brief to Appellant, providing a copy of the appellate record to the Appellant, and advising the Appellant of his right to file a *pro se* response in this case on his own behalf.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned attorney respectfully moves that the Court grant this motion to withdraw as attorney of record and order that she be dismissed as attorney of record for the Appellant on appeal in this case.

**MOTION TO WITHDRAW – Page 1**

Respectfully submitted,


Rachel Flatt

RACHEL FLATT
State Bar No. 24078504
P.O. Box 5
Sulphur Springs, Texas 75483
Telephone:  (903) 885-7118
Facsimile:  (903) 885-7133
E-mail:      law.office.of.rachel.flatt
              @gmail.com

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been mailed via U.S. Mail, postage prepaid, to the Appellant, Randy Jay Hofstetter, CID #0751864, C/O Tarrant County Jail, 100 North Lamar, Fort Worth, Texas 76102, and has been hand-delivered to the office of Will Ramsay, Criminal District Attorney for Hopkins County, on the 2nd day of February, 2015.

_Rachel Flatt_

**RACHEL FLATT**